THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GROSS, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

JOSEPH L. RAFFAELI, Respondent, v. ELIZABETH E. POMEROY, Appellant. — Motion granted unless within ten days appellant pay to the respondent ten dollars costs of this motion, perfect the appeal, place the case on the calendar for the June term and be ready for argument when reached; otherwise, motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

JOHN B. REIMER, Respondent, v. JOSEPH NAUGHTON and Another, Appellants, Impleaded, etc.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CHARLES H. STODDARD, Appellant, v. ELLEN SOMERVILLE EDWARDS, Respondent.— Motion to open default granted upon payment of thirty-five dollars within ten days; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

DAVID L. WHITMORE, etc., Appellants, v. NEW YORK INTER-URBAN WATER COMPANY, Respondent.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

JOHN AIKENS, as Administrator, etc., of JOHN AIKENS, Deceased, Respondent, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY and Another, Appellants.— Judgment reversed, without costs of this appeal as to defendant The Coney Island and Brooklyn Railroad Company, and a new trial granted, on the ground that the finding of negligence on the part of that defendant is against the weight of evidence; and judgment unanimously affirmed as to defendant The Coney Island and Gravesend Railway Company, without costs of this appeal. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

EMMA BELMONT, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, without costs, on authority of Belmont v. City of New York (191 App. Div. 717), decided herewith. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

JOHN L. BERGEN, Appellant, v. ANDREW H. SUYDAM, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

GEORGE R. BERRY, Respondent, v. BENNO J. BONGARTZ, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THOMAS CONNOLLY, Appellant, v. AARON NAUMBURG, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.